FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 DEC 17 AM 11: 02
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

v.

    CIVIL ACTION NO.: CV510-103

REBECA TAMEZ, Warden,

    Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

This action is **transferred** to the United States District Court for the Northern District of Texas for further consideration.

SO ORDERED, this 17th day of DECEMBER, 2010.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)